```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

      v.    Criminal Case No. 96-50017-001

**DENNIS CORDES**                                                           **DEFENDANT**

## O R D E R

Now on this 15th day of December, 2011, come on for consideration

    *    defendant's **Application To Proceed In District Court Without Prepaying Fees Or Costs** (document #107);

    *    **Magistrate Judge's Report And Recommendation** (document #108); and

    *    document #110, construed as objections to the Report And Recommendation.

The Court has considered these documents, and finds that the Report And Recommendation is sound in all respects, and should be adopted *in toto*. Defendant's objections are without merit, consisting of frivolous arguments that have already been rejected, and will be overruled. The Application will be denied.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** (document #108) is **adopted in toto.**

**IT IS FURTHER ORDERED** that defendant's objections to the Magistrate Judge's Report And Recommendation (document #110) are **overruled.**

**IT IS FURTHER ORDERED** that defendant's **Application To Proceed**

**In District Court Without Prepaying Fees Or Costs** (document #107) is **denied.**

    **IT IS SO ORDERED.**

                                    <u>**/s/ Jimm Larry Hendren**</u>
                                    **JIMM LARRY HENDREN**
                                    **UNITED STATES DISTRICT JUDGE**